IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAIʻI

| | |
|---|---|
| COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>KOMAR MAUI PROPERTIES I LLC,<br><br>Defendant. | Case No. 1:24-cv-0000203<br><br>**DECLARATION OF SHARON V. LOVEJOY**; EXHIBITS A-B |

## DECLARATION OF SHARON V. LOVEJOY

I, SHARON V. LOVEJOY, declare under penalty of law that the following is true and correct:

1. I am competent to make this declaration, and do so based upon personal knowledge, unless otherwise stated as upon information and belief.

2. I am a Director of Starn O'Toole Marcus & Fisher ("***SOM&F***") representing Defendant Komar Maui Properties I LLC ("***Komar***") in the above-entitled action (the "***Litigation***").

4. Attached to this Notice of Removal as **Exhibit A** is a true and correct copy of the Complaint for Condemnation; Exhibit "1"; Demand for Jury Trial; and Summons that were filed in the Litigation on or about April 30, 2024, of which Komar received a copy.

1

5. Upon information and belief, **Exhibit A** constitutes all process, pleadings, and orders that have been served on or otherwise received by Komar in the Litigation to date.

6. Attached to this Notice of Removal as **Exhibit B** is a true and correct copy of Maui County Council Resolution No. 24-57, which I obtained from the following website: https://www.mauicounty.gov/DocumentCenter/Index/6250. This website has a link to a PDF of Maui County Council Resolution No. 24-57, which is attached as **Exhibit B**.

DATED: Honolulu, Hawaiʻi, April 30, 2024.

*/s/ Sharon V. Lovejoy*
SHARON V. LOVEJOY