STARN ● O'TOOLE ● MARCUS & FISHER
A Law Corporation

SHARON V. LOVEJOY            5083
LINDSAY E. ORMAN            9933
KARI NOBORIKAWA            11600
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813
Telephone: (808) 537-6100

Attorneys for Defendant
KOMAR MAUI PROPERTIES I LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>            Plaintiff,<br><br>   v.<br><br>KOMAR MAUI PROPERTIES I LLC,<br><br>            Defendant. | Case No. 1:24-cv-0000203 MWJS-KJM<br><br>**DEFENDANT KOMAR MAUI PROPERTIES I LLC'S CORPORATE DISCLOSURE STATEMENT; CERTIFICATE OF SERVICE** |

**DEFENDANT KOMAR MAUI PROPERTIES I LLC'S**
**<u>CORPORATE DISCLOSURE STATEMENT</u>**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant

KOMAR MAUI PROPERTIES I LLC ("***Komar***"), by and through its undersigned

counsel, hereby submits the following corporate disclosure statement:

3024254

Komar is a limited liability company. Komar's sole member is the Kosti Shirvanian and Marian Shirvanian Living Trust, whose trustees are Linda Shirvanian, Lisa Shirvanian-Wolfe, and Kostina Hanessian. Linda Shirvanian, Lisa Shirvanian-Wolfe, and Kostina Hanessian are each citizens of California. Thus, Komar is a citizen of California. *See Johnson v. Columbia Props. Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006); *Ryan v. Salisbury*, 380 F. Supp. 3d 1031, 1047 (D. Haw. 2019).

DATED:     Honolulu, Hawaiʻi, April 30, 2024.

*/s/ Lindsay E. Orman*
SHARON V. LOVEJOY
LINDSAY E. ORMAN
KARI NOBORIKAWA

Attorneys for Defendant
KOMAR MAUI PROPERTIES I LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT, | Case No. 1:24-cv-0000203 MWJS-KJM |
|---|---|
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| KOMAR MAUI PROPERTIES I LLC, | |
| Defendant. | |

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the date executed below, a true and correct copy of the foregoing was duly served upon the following parties at their last known address, in the matter indicated below:

| | PACER/ EMAIL | U.S. MAIL | HAND DELIVERY |
|---|---|---|---|
| VICTORIA J. TAKAYESU, ESQ. MARIANA LOWY-GERSTMAR, ESQ. THOMAS W. KOKBE, ESQ. County of Maui 200 South High Street Wailuku, Hawai`i  96796 <br><br> Attorneys for Plaintiff COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT | X | | |

1

DATED:     Honolulu, Hawaiʻi, April 30, 2024.

> _/s/ Lindsay E. Orman_
> SHARON V. LOVEJOY
> LINDSAY E. ORMAN
> KARI NOBORIKAWA
>
> Attorneys for Defendant
> KOMAR MAUI PROPERTIES I LLC