# EXHIBIT B

RICHARD T. BISSEN, JR.
Mayor

VICTORIA J. TAKAYESU
Corporation Counsel

MIMI DESJARDINS
First Deputy

LYDIA A. TODA
Risk Management Officer





DEPARTMENT OF THE CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET, 3ʳᴰ FLOOR
WAILUKU, MAUI, HAWAII 96793
EMAIL: CORPCOUN@MAUICOUNTY.GOV
TELEPHONE: (808)270-7740

## TRANSMITTAL

June 3, 2024

TO: United States District Court
District of Hawaii
300 Ala Moana Blvd, C-338
Honolulu, HI 96850

FROM: Mariana Löwy-Gerstmar, Deputy Corporation Counsel

RE: County of Maui, Department of Environmental Management vs. Komar Maui Properties I LLC; CV 24-00203 MWJS-KJM

| ITEM | DATE | DESCRIPTION |
|------|------|-------------|
| Check | 5/9/2024 | Estimated just compensation (check no. 01421765) |

( ) For Filing and Return          ( ) Attached as requested
( ) For Certification              ( ) Per our *Email*
( ) For your information & files   (X) For necessary action

Remarks: Estimated just compensation amount for the taking of real property described in complaint.

Feel free to call me if you have any questions at 808-270-7741. Thank you.

Enclosure



**COUNTY OF MAUI**
DEPARTMENT OF FINANCE
200 SO. HIGH STREET
WAILUKU, HAWAII 96793

BANK OF HAWAII
WAILUKU BRANCH

59-102
1213

Check No. 01421765

Check Date 05/09/24

**PAY THIS AMOUNT**
$ *****830,000.00

VOID AFTER 6 MONTHS FROM DATE OF ISSUE

PAY EIGHT Hundred THIRTY Thousand Dollars and ZERO Cents

TO THE ORDER OF:
CLERK UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII
300 ALA MOANA BLVD, RM C-338
P O BOX 50129
HONOLULU, HI 96850


TREASURER

⑆01421765⑆ ⑉12130102⑉ 0060⑈03782 5⑈

| INVOICE DATE | INVOICE NO. | PO NO. | AMOUNT PAID | DESCRIPTION |
|---|---|---|---|---|
| 04/30/24 | OH124859 | | 830,000.00 | CIP expenditures |

**COUNTY OF MAUI**

| VENDOR ACCT NO. | CHECK DATE | CHECK TOTAL | VENDOR NO. | CHECK NO. |
|---|---|---|---|---|
| RPGO508B | 05/09/24 | 830,000.00 | 012739 | 01421765 |

DEPARTMENT OF THE CORPORATION COUNSEL
COUNTY OF MAUI
200 SOUTH HIGH STREET
WAILUKU, MAUI, HAWAII 96793

Clerk, United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C-338
Honolulu, HI 96850

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Clerk of the United States
District Court
300 Ala Moana, C-338
Honolulu, HI 96850

9590 9402 6757 1074 7774 79

2. Article Number (Transfer from service label)
7007 0710 0001 1585 1773

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X
☐ Agent
☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☑ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery
☐ Restricted Delivery

U.S. Postal Service
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees $

Postmark Here

Sent To USDC Clerk
Street, Apt. No.; 300 Ala Moana Blvd C-338
or PO Box No.
City, State, ZIP+4 Honolulu, HI 96850

7007 0710 0001 1585 1773
7007 0710 0001 1585 1773

CERTIFIED MAIL