# EXHIBIT D



# CENTRAL MAUI SANITARY LANDFILL SUBDIVISION

## CONSOLIDATION OF LOTS 1, 2-A, 2-B AND PORTION OF GRANT 3343 TO CLAUS SPRECKELS (TAX MAP KEY (2) 3-8-003:20) AND RESUBDIVISION OF SAID CONSOLIDATION INTO LOTS 2-A-1, 2-A-2, 1-A, AND 1-B AND DELETION OF EXISTING EASEMENTS A AND B

### Being Portions of Grant 3343 to Claus Spreckels and all of Lots B and C of Section 1, Land Court Application 4

### AT PUUNENE, WAILUKU, MAUI, HAWAII

**PLAN**
SCALE: 1 in. = 2000 ft.

**ENLARGEMENT**
SCALE: 1 in. = 200 ft.
GRAPHIC SCALE IN FEET

**NOTES:**
1. ADJOINING OWNERS AS SHOWN TAKEN FROM TAX MAP.
2. ALL WATER SERVICE FROM COUNTY SYSTEM.
3. WASTEWATER DISPOSAL TO BE IN ACCORDANCE WITH THE REQUIREMENTS OF THE STATE DEPARTMENT OF HEALTH.
4. ALL AZIMUTHS AND RECORD COORDINATES AS SHOWN REFERRED TO GOVERNMENT SURVEY TRIANGULATION STATION "PUUNENE 2".
5. EXISTING EASEMENT C, AFFECTING LOT 2-A, CENTRAL MAUI SANITARY LANDFILL SUBDIVISION, IS FOR DRAINAGE PURPOSES IN FAVOR OF CENTRAL MAUI SANITARY LANDFILL SUBDIVISION, PER DOCUMENT No. 97-130517.
6. PURSUANT TO MAUI COUNTY CODE SECTION 3.44.015(C), THE COUNTY OF MAUI IS NOT RESPONSIBLE FOR ANY PARK, ROADWAY, EASEMENT (INCLUDING BUT NOT LIMITED TO DRAINAGE, SEWER, ACCESS, RECLAIMED WATER, OR AVIATION EASEMENT, OR ANY OTHER INTEREST IN REAL PROPERTY SHOWN ON THIS MAP OR SHOWN ON THESE PLANS, UNLESS THE MAUI COUNTY COUNCIL, HAS ACCEPTED ITS DEDICATION BY A RESOLUTION APPROVED BY A MAJORITY OF COUNCIL'S MEMBERS AT A REGULAR OR SPECIAL MEETING OF THE MAUI COUNTY COUNCIL.
7. ALL BOUNDARY CORNERS MARKED WITH ½" PIPE UNLESS OTHERWISE NOTED.
8. EXISTING EASEMENT A (TO BE DELETED) IS FOR ACCESS AND UTILITY PURPOSES PER DOCUMENT No. 97-130517.
9. EXISTING EASEMENT B (TO BE DELETED) IS FOR ACCESS PURPOSES PER DOCUMENT No. 97-130517.
10. LOT 1-A TO BE OWNED BY THE COUNTY OF HAWAII.

**LOT 2-A AND PARCEL 20:**
Owner: ALEXANDER & BALDWIN, INC.
Address: P. O. Box 156
Kahului, Hawaii 96732

**LOTS 1 AND 2-B:**
Owner: COUNTY OF MAUI
Address: 200 S. High Street
Wailuku, Hawaii 96793

THIS WORK WAS PREPARED BY ME OR UNDER MY SUPERVISION

KIRK T. TANAKA                                 DATE
Licensed Professional Land Surveyor
Certificate No. 7323-LS
License Expires: APRIL 30, 2010

Revised: NOVEMBER 3, 2008
Revised: OCTOBER 21, 2008
Revised: OCTOBER 14, 2008
Revised: SEPTEMBER 10, 2008
Revised: AUGUST 06, 2008
Revised: JULY 14, 2008
Revised: OCTOBER 09, 2007
Revised: SEPT. 28, 2007
Revised: SEPT. 17, 2007
Revised: MAY 7, 2007

**FINAL SUBDIVISION APPROVAL**
(APPROVAL BASED UPON SECTION TAX MAP KEY (2) 3-8-03)
Approval for Recordation with the Bureau of Conveyances and Department of Taxation, State of Hawaii.

Director of Public Works          Date

Subdivision File Number: 3.2203

Tax Map Key (2)3-8-03: 04, 19, 20 and 25

871 KOLU STREET, SUITE 201
WAILUKU, MAUI, HAWAII 96793

SUBDIVISION FILE No. 3.2203
JOB NO. 07-019

**R. T. TANAKA ENGINEERS, INC.**
LAND SURVEYORS — CIVIL & STRUCTURAL ENGINEERS