IN THE UNITED STATES DISTRICT CIRCUIT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT,<br><br>Plaintiff,<br><br>v.<br><br>KOMAR MAUI PROPERTIES I LLC,<br><br>Defendant | CIVIL NO. CV 24-00203 MWJS-KJM<br><br>**CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the *Plaintiff County of Maui, Department of Environmental Management's Motion for an Order of Possession* was duly served on the following parties at their last known address on the date and in the manner specified below:

STARN O'TOOLE MARCUS & FISHER *via CM/ECF*
A Law Corporation
SHARON V. LOVEJOY, ESQ.
LINDSAY E. ORMAN, ESQ.
KARI NOBORIKAWA, ESQ.
733 Bishop Street, Suite 1900
Pacific Guardian Center, Makai Tower
Honolulu, Hawai'i 96813

Attorneys for Plaintiff KOMAR MAUI PROPERTIES I LLC

DATED: Wailuku, Hawaiʻi, June 12, 2024.

        VICTORIA J. TAKAYESU
        Corporation Counsel
        Attorneys for Plaintiff
        COUNTY OF MAUI, DEPARTMENT OF
        ENVIRONMENTAL MANAGEMENT

        By */s/ Mariana Löwy-Gerstmar*
        MARIANA LÖWY-GERSTMAR
        THOMAS KOLBE
        Deputies Corporation Counsel