# EXHIBIT A

# **EXHIBIT A**

## Volume Estimates for 5 acre C&D Landfill Cell

Assumptions:

Square 5-acre cell with each side 467 ft.
Depth 50 feet below ground surface
Northeast side is a 30 degree slope to ground level
Working face is northeast side.
Waste is compacted by a factor of 2 over transportation density.
Bottom liner and leachate collection (3 ft. protective layer with leachate collection)

Airspace in landfill cell is 342,293 cy below ground surface. Following compaction landfill capacity is 684,586 cy below ground.

Landfill can be extended to 50 ft. above ground to match Phase V height.
Landfill cell above ground is modeled as a spherical cap
Maximum height 50 ft above ground
Cap volume is 109,655 cy airspace.
Waste volume in cap is 219,310 following compaction.
Total waste capacity at 50 ft above ground is estimated to be 903,896 cy
C&D cells when continually worked do not require daily cover.

## Volume Estimates for 5 acre MSW Landfill Cell

Assumptions:

Use County estimates of 123,000 cy (24%) of volume is cover materials,
Cover materials are not compactable
Existing permit requirements for 4 feet of materials used for bottom liner/leachate.

5-acre MSW cell with 50 ft below ground and 50 feet above total airspace = 448,395 cy
Cover materials occupy                  123,000 cy
Airspace remaining for waste            320,962 cy
Waste capacity following compaction     641,924 cy

# EXHIBIT A



**Backup for C&D waste volumes**

| | | | |
|---|---|---|---|
| Landfill footprint | 5 acres | 217800 sf | 24,200 Sq. Yds |
| Landfill base Height | | 50 ft | 16.67 Yds |
| Landfill horizontal surface | 4.138 ac | 180,262 sf | 19,738.5 sq. Yds |
| Slope section | 0.922 ac | 40,162 sf | 4,493sq Yds |
| | | | |
| Landfill base airspace | 329,040 cy | | |
| Slope section Airspace | 37,453 cy | | |
| Total underground airspace | 366,493 cy | | |
| withdraw bottom liner space | -24200 | | |
| Total available underground | 342,293 cy | | |
| Above ground Sphere | 386 ft diameter | 50 ft at top | 13002 sq. yds |
| Volume in shperical cap | 109,655 cy | | |
| | | | |
| Airspace base + sphere | 451,948 cy | | |
| Waste compaction factor | 2X | | |
| | | | |
| C&D waste capacity | 903,896 cy | | |

**Backup for MSW**

| | |
|---|---|
| difference in Bottom liner | 7986 cy |
| Cover materials | 123,000 cy |
| Remaining airspace for waste | 320,962 cy |
| MSW Landfill waste capacity | 641,924 cy |



386