# EXHIBIT B

Message

| | |
|---|---|
| **From**: | Clint Knox [IMCEAEX-_O=KOMARINVEST_OU=FIRST+20ADMINISTRATIVE+20GROUP_CN=RECIPIENTS_CN=CKNOX@namprd17.prod.outlook.com] |
| **Sent**: | 9/24/2015 12:30:00 PM |
| **To**: | Kyle Ginoza [Kyle.Ginoza@co.maui.hi.us] |
| **Subject**: | Re: landfill parcel |
| **Flag**: | Follow up |

Thanks Kyle, I'll discuss with our group and follow up with Randy.

Talk to you soon,

Clint Knox, LEED AP
BioEnergy Hawaii, LLC
(949) 903-4769 mobile


On Sep 24, 2015, at 1:53 PM, Kyle Ginoza <Kyle.Ginoza@co.maui.hi.us> wrote:

Hi Clint,

I don't know Kosti's email, but A&B has decided that they are willing to sell the 20 acre parcel just mountainside of our Central Maui Landfill. I just got off the phone with Randy and he said you or Kosti can just call him directly if you are still interested. Thanks.

Kyle

>>> "Endo, Randy at PROP_MAUI" <rendo@abprop.com> 9/22/2015 10:13 AM >>>
Kyle,

We are open to selling the parcel to whomever wants to purchase it.

Thanks

Randall H. Endo
Vice President, Development          A&B Properties, Inc.
11 Puunene Ave., Kahului, HI  96732          (808) 872-4307


# EXHIBIT B

CONFIDENTIAL                                                                                                                                                          KOMAR-0000009