# EXHIBIT C

**ALAN M. ARAKAWA**
MAYOR



**KEITH A. REGAN**
MANAGING DIRECTOR

## OFFICE OF THE MAYOR
Keʻena O Ka Meia
COUNTY OF MAUI – Kalana O Maui

October 13, 2017

Mr. Kosti Shivanian
Komar Investments, LLC
23 Corporate Plaza, Suite 247
Newport Beach, CA   92660

Dear Kosti:

As we have discussed, this letter is to confirm our agreement with the property you purchased in Pulehu next to the County Landfill.

1.  The County acknowledges that you purchased the property;

2.  We acknowledge that we are going to build our expansion on another lot and as such, do not need the lot you acquired;

3.  I also will restate that I have no intention of condemning your property;

4.  The County of Maui allows it's citizens to make their own business decisions so whatever you decide to do with or on your property is up to you;

5.  This is also to confirm that both my Corporation Counsel and Director of Environmental Management concur that you are entitled to use your property as you chose as long as you follow normal County laws.

I hope that this communication covers the areas that concern you.

Sincerely,

*Alan Arakawa*

ALAN M. ARAKAWA
Mayor, County of Maui

200 South High Street, Wailuku, Hawaiʻi 96793-2155    Telephone (808) 270-7855    Fax (808) 270-7870    e-mail: mayors.office@mauicounty.gov

## EXHIBIT C

CONFIDENTIAL

KOMAR-0001192