# MINUTES

| | |
|---|---|
| CASE NUMBER: | 1:24-CV-00203-KJM |
| CASE NAME: | County of Maui, Department of Environmental Management v. Komar Maui Properties I LLC |
| ATTYS FOR PLA: | Mariana Lowy-Gerstmar<br>Thomas W. Kolbe |
| ATTYS FOR DEFT: | Lindsay E. Orman<br>Sharon V. Lovejoy |

| | | | |
|---|---|---|---|
| JUDGE: | Kenneth J. Mansfield | REPORTER: | C6 - FTR |
| DATE: | 07/10/2024 | TIME: | 10:00 - 10:45 |

COURT ACTION:  EP:  [17] PLAINTIFF COUNTY OF MAUI, DEPARTMENT OF ENVIRONMENTAL MANAGEMENT'S MOTION FOR AN ORDER OF POSSESSION hearing held.

Arguments heard.

[17] Plaintiff County of Maui, Department of Environmental Management's Motion for an Order of Possession is taken under advisement.

Court to issue an order.

*Submitted by: Bernie Aurio, Courtroom Manager*